UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 24, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>POYA KHANJAN,<br><br>Defendant. | Case No.  2:17-cr-00212-MCE<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  POYA KHANJAN ,

Case No. 2:17-cr-00212-MCE  Charge 18 USC § 371 , from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $ 50,000.00, co-signed by Mohammad Khanjan and Zakia Khanjan

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

Issued at Sacramento, California on May 24, 2018 at 2:30 p.m.

By: _____
Magistrate Judge Carolyn K. Delaney