McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00212 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RUVILA ELIZABETH LIMA, *et al.*, | DATE: May 17, 2018 |
| Defendants. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on August 2, 2018.

2. By this stipulation, defendants Ruvila Elizabeth Lima and Poya Khanjan, through their respective counsel of record, now move to continue the status conference until October 11, 2018, and to exclude time between August 2, 2018, and October 11, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has represented that the discovery associated with this case includes, collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from telephone providers and banks that exceed 2,000 pages, all of which is subject to a protective order. Counsel for Khanjan has newly substituted in on July 30, 2018, and will need to execute the protective order prior to receipt of the discovery.

    b)  Counsel for defendant desires additional time to continue to review discovery, consult with theirs clients, to conduct investigation and research related to the charges, including potential immigration consequences, to discuss potential resolutions with their clients, to research any pretrial motions, and to otherwise prepare for trial.

    c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The United States does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 2, 2018 to October 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  July 31, 2018 | McGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Todd A. Pickles*<br>TODD A. PICKLES<br>ROSANNE L. RUST<br>Assistant United States Attorneys |
| Dated:  July 31, 2018 | */s/ Dina Santos (as authorized 7/31/2018)*<br>DINA SANTOS<br>Counsel for Defendant<br>RUVILA ELIZABETH LIMA |
| Dated:  July 31, 2018 | */s/ Steve Whitworth (as authorized 7/31/2018)*<br>STEVE WHITWORTH<br>Counsel for Defendant<br>POYA KHANJAN |

**ORDER**

IT IS SO ORDERED.

Dated:  August 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; ORDER      3