Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
Ruvila Lima

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17-00212 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 11/1/2018 AT 10:00 A.M. |
| v. | |
| Ruvila Lima, Poya Khanjan | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Todd Pickles, and Defendant Ruvila Lima, represented by Attorney Dina Santos; and Defendant Poya Khanjan, represented by Attorney, Steve Whitworth, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 11, 2018.

2. By this stipulation, defendants now move to continue the status conference until November 1, 2018, and to exclude time between October 11, 2018, and November 1, 2018, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant requires time to conduct investigation, review discovery, and to otherwise prepare for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

      b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2018, to November 1, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 4, 2018                    MCGREGOR SCOTT
                                          United States Attorney

                                          /s/ Todd Pickles
                                          TODD PICKLES
                                          Assistant United States Attorney

Dated: October 4, 2018                    /s/ Dina L. Santos
                                          DINA L. SANTOS, ESQ.
                                          Attorney for Ruvila Lima

Dated: October 4, 2018                    /s/ Steve Whitworth
                                          STEVE WHITWORTH, ESQ.
                                          Attorney for Poya Khanjan

**ORDER**

IT IS SO ORDERED.

Dated: October 9, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE