McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00212 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RUVILA ELIZABETH LIMA, *et al.*, | DATE: April 4, 2019 |
| Defendants. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on April 4, 2019.

2.      By this stipulation, defendant Poya Khanjan, through his respective counsel of record, now moves to continue the status conference until May 16, 2019, and to exclude time between April 4, 2019, and May 16, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The United States has represented that the discovery associated with this case includes, collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from telephone providers and banks that exceed 2,000 pages, all of which is subject to a protective order. Counsel for Khanjan substituted in on July 30, 2018, and was provided discovery subsequent to that date after executing the protective order in the case so as to receive the discovery.

1          b)      Counsel for defendant needs additional time to continue reviewing discovery,

2     consult with his client, to conduct further investigation and research related to the charges, including

3     potential immigration consequences, to discuss potential resolution with his client, and to research any

4     pretrial motions and issues associated with the Sentencing Guidelines.

5          c)      Counsel for defendant believes that failure to grant the above-requested continuance

6     would deny counsel the reasonable time necessary for effective preparation, taking into account the

7     exercise of due diligence.

8          d)      The United States does not object to the continuance.

9          e)      Based on the above-stated findings, the ends of justice served by continuing the

10    case as requested outweigh the interest of the public and the defendant in a trial within the original date

11    prescribed by the Speedy Trial Act.

12         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

13    seq., within which trial must commence, the time period of April 4, 2019 to May 16, 2019, inclusive, is

14    deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

15    continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of

16    justice served by taking such action outweigh the best interest of the public and the defendant in a speedy

17    trial.

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED.

5   Dated:  April 1, 2019                          McGREGOR W. SCOTT
                                                    United States Attorney
6
                                                    /s/ Rosanne L. Rust
7                                                   ROSANNE L. RUST
                                                    Assistant United States Attorney
8

9   Dated:  April 1, 2019                          /s/ Steve Whitworth (as
                                                    authorized)
10                                                  STEVE WHITWORTH
                                                    Counsel for Defendant
11                                                  POYA KHANJAN

12

13

14                                        **ORDER**

15         IT IS SO ORDERED.

16  Dated:  April 8, 2019

17

18                                          MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28