1  The Law Office of Steve Whitworth
   Steve Whitworth [SBN: #249111]
2  9245 Laguna Springs Drive Suite 200
   Elk Grove, California 95758
3  916.668.5970  [Tel]
   916.668.5971  [Fax]
4  steve@stevewhitworth.com

5

6

7       IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

8                                      CALIFORNIA

9

10

11  THE UNITED STATES OF AMERICA           Case Number:  2:17-cr-212 MCE

12  Plaintiff                              **STIPULATION AND [PROPOSED] ORDER**

13  V                                      Date: September 19, 2019
                                           Time: 9:00 am
14                                         Judge: Hon. Morris C. England
    POYA KHANJAN, AKA "SAMEER", "aka"
15  Sameer,

16
    Defendant
17

18

19

20

21

22         Plaintiff, United States of America, by and through its counsel of record, and the

23  Defendant, by and through their counsel of record, hereby stipulate as follows:

24      1.    Attorney Whitworth needs additional time to review and finalize preparation of

25  potential immigration consequences of proposed disposition and finalize review of discovery

                                           1

with client and immigration Counsel. Additional time is needed to review consequences, receive advice with client and immigration attorney located in North Carolina [and as a courtesy and in preparation for potential sentencing consequences and support - The family.]

    2.    By this stipulation, the defendant now moves to continue the status conference until October 17, 2019 at 9 am, and to exclude time between September 19, 2019 at 9 am and October 17, 2019 at 9 am, under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    The government has provided discovery associated with this case.

    b.    Counsel for the defendant desire time to consult with their client, to review the current charges, to conduct and finish investigation and research related to the charges, to review and copy discovery for these matters and to discuss potential resolutions with their client.

Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 19, 2019, to October 17, 2019 , inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Respectfully submitted

| /s/ Steven Whitworth | /s/Rosanne Rust |
|---|---|
| Steven Whitworth | Rosanne Rust |
| Attorney for Sameer Khanjan Poya | Assistant United States Attorney |
| Dated: | Dated: |
| 9/17/2019 | 9/17/2019 |

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the September 19, 2019 at 9:00 a.m. status conference be continued to October 17, 2019 at 9 am. I find that the ends of justice warrant an exclusion of time and that the defendants' need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (ii) and Local Code T4 from the date of September 19, 2019 to October 17, 2019.

IT IS SO ORDERED.

Dated: _____     _____
                                            The Honorable Morrison C. England
                                            UNITED STATES DISTRICT COURT JUDGE