McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00212 MCE |
|---|---|
| Plaintiff, | STIPULATION TO SET MATTER FOR STATUS AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| POYA KHANJAN, AKA "SAMEER," | DATE: January 9, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for a trial confirmation hearing on January 9, 2020.

2. By this stipulation, defendant Poya Khanjan, through his counsel of record, and the United States hereby request that his matter be set for a status conference on April 30, 2020, at 10:00 a.m., and that the trial confirmation hearing set for January 9, 2020 be vacated. At the new status conference on April 30, 2020, the parties plan to ask for a new trial date in 2020.

3. Further, defendant also moves to continue to exclude time between January 9, 2020, and April 30, 2020, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has represented that the discovery associated with this case includes, collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from

STIPULATION RE: SPEEDY TRIAL ACT; ORDER

1

1 telephone providers and banks that exceed 2,000 pages, all of which is subject to a protective order.  In
2 anticipation of trial, the United States has more discovery to produce to the defendant and it is currently
3 processing those materials for production to the defendant.

   b) Counsel for defendant desires additional time to review discovery, including that which will be produced up to the trial date, consult with his client, to conduct investigation and research related to the charges, to prepare pretrial motions, and to otherwise prepare for trial.  Counsel also needs time to further discuss with his client potential immigration consequences and potential resolution.

   c) Further, defense counsel is not available for trial in February 2020 as originally contemplated given his trial calendar and commitments in other cases, as well as personal or familial obligations.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny his client continuity of counsel.

   e) The United States does not object to the continuance or to setting the trial at the April 30, 2020 hearing.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2020 to April 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 20, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Rosanne L. Rust*
ROSANNE L. RUST
Assistant United States Attorney

Dated: December 20, 2019

*/s/ Steve Whitworth (as authorized)*
STEVE WHITWORTH
Counsel for Defendant
POYA KHANJAN

**ORDER**

IT IS SO ORDERED.

Dated: January 6, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE