UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>POYA KHANJAN, aka "SAMEER,"<br><br>Defendant. | No. 2:17-cr-00212-MCE<br><br><br><br>**ORDER** |

On November 16, 2017, Plaintiff United States of America ("Plaintiff") indicted Poya Khanjan ("Defendant") on charges of: (1) conspiracy to commit bribery, to commit identity fraud, and to commit unauthorized access of a computer in violation of 18 U.S.C. § 371; (2) unauthorized access of a computer in violation of 18 U.S.C. § 1030(a)(4); and (3) fraud involving identification documents in violation of 18 U.S.C. § 1028(a)(1).  Defendant subsequently retained attorney Steven A. Whitworth ("Counsel") to represent her in the matter.

Counsel failed to respond to multiple inquiries from the Courtroom Deputy and Interpreter, resulting in the Court continuing a scheduled status conference on its own motion at the eleventh hour.  ECF No. 115.  As a result, the Court issued an Order to Show Cause ("OSC") requiring Counsel to explain "in writing why sanctions should not be imposed for failure to respond to the Courtroom Deputy or to comply with Local Rule

403. . . ." ECF No. 116.  The Court was clear that failure to timely respond "[would] result in the imposition of sanctions upon no further notice to counsel."  Id.  Counsel did not respond.

Accordingly, the Court hereby imposes sanctions in the amount of $1,100.  Not later than five (5) days from the date this Order is electronically filed, Counsel shall pay those sanctions to the Clerk of the Court.  Within that same timeframe, Counsel is further directed to provide notice of this Order to the State Bar of California as well.  See Cal. Bus. & Prof. Code § 6068(o)(3).

IT IS SO ORDERED.

Dated:  August 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE