PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00212 MCE |
|---|---|
| Plaintiff, | STIPULATION TO SET MATTER FOR STATUS HEARING; ORDER |
| v. | |
| POYA KHANJAN, AKA "SAMEER," | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for a status hearing regarding trial setting on August 26, 2021, at 10:00 a.m. ECF No. 121.

2. By this stipulation, defendant Poya Khanjan, through his counsel of record, and the United States, through its counsel of record, now move to request that defendant's matter be set for a future status hearing on September 2, 2021, at 10:00 a.m., and that the current status hearing set for August 26, 2021, at 10:00 a.m. be vacated.

IT IS SO STIPULATED.

///

///

1

| | |
|---|---|
| Dated:  August 25, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Rosanne L. Rust*<br>ROSANNE L. RUST<br>CHRISTOPHER S. HALES<br>Assistant United States Attorneys |
| Dated:  August 25, 2021 | */s/ Steve Whitworth (as authorized)*<br>STEVE WHITWORTH<br>MARION TITUS<br>Counsel for Defendant<br>POYA KHANJAN |

**ORDER**

The Court has read and considered the parties' Stipulation.  The Court hereby vacates the currently scheduled status hearing on August 26, 2021, at 10:00 a.m., and reschedules it for September 2, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  August 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2