PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Sep 03, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>POYA KHANJAN,<br>    "aka" Sameer,<br><br>            Defendant. | CASE NO.  2:17-cr-212 MCE<br><br>**SUPERSEDING INFORMATION** |

S U P E R S E D I N G   I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 4 – Misprision of a Felony]

    The United States Attorney charges: T H A T

                    POYA KHANJAN, "aka" Sameer,

defendant herein, beginning no later than June 2016, and continuing through at least June 2017, in the County of San Joaquin, State and Eastern District of California, and elsewhere, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: Conspiracy to Commit Identification Fraud, in violation of Title 18, United States Code, Section 371, where the object was to produce identification documents without lawful authority, in violation of Title 18, United States Code section 1028(a)(1), did conceal the same by taking affirmative acts and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in

1 | violation of Title 18, United States Code, Section 4.

2 | Dated: ~~July~~ August 24, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Rosanne Rust
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys

**United States v. Poya Khanjan, "aka" Sameer**
**Penalties for Superseding Information**

## COUNT 1:

VIOLATION:	18 U.S.C. § 4 – Misprision of a Felony

PENALTIES:	A maximum of up to 3 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 1 year

SPECIAL ASSESSMENT: $100 (mandatory on each count)