1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSANNE L. RUST
   CHRISTOPHER S. HALES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 2:17-CR-212 MCE

12                     Plaintiff,            STIPULATION AND ORDER TO CONTINUE
                                             DEFENDANT'S SENTENCING HEARING
13             v.
                                             DATE: December 2, 2021
14 POYA KHANJAN,                             TIME: 10:00 a.m.
      aka "Sameer,"                          COURT: Hon. Morrison C. England, Jr.
15
                       Defendant.
16

17

18         Pursuant to an agreement between the parties, and the probation officer, Defendant POYA

19 KHANJAN, respectfully requests the Court to continue sentencing to January 20, 2022, at 10:00 a.m.

20 and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

21

22

23

24

25

26

27

28

   STIPULATION TO CONTINUE                    1
   DEFENDANT'S SENTENCING HEARING

| | |
|---|---|
| Judgment and sentencing date: | January 20, 2022 at 10:00 a.m. |
| Sentencing memoranda to be filed not later than: | January 13, 2022 |
| Motion for correction/formal objections to be filed no later than: | January 6, 2022 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | December 23, 2021 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 16, 2021 |
| The draft Pre-Sentence Report is due no later than: | December 2, 2021 |

Dated:  October 22, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated:  October 22, 2021

By:  /s/ STEVE WHITWORTH
STEVE WHITWORTH
Counsel for defendant
Poya Khanjan

**ORDER**

IT IS SO ORDERED.

Dated:  October 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
DEFENDANT'S SENTENCING HEARING

2