PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-212 JAM |
| Plaintiff, | STIPULATION AND ORDER TO RESET DEFENDANT'S SENTENCING HEARING |
| v. | |
| POYA KHANJAN, aka "Sameer," | |
| Defendant. | |

On November 9, 2021, this case was ordered reassigned from Judge England to Judge Mendez, and all scheduled dates were vacated.  ECF No. 142.  One such date vacated by the order was defendant Poya Khanjan's, aka "Sameer," sentencing hearing, which was set for January 20, 2022.

///

///

///

///

///

///

///

STIPULATION TO RESET DEFENDANT'S
SENTENCING HEARING

1

Pursuant to an agreement reached between the parties and the probation officer, and in consultation with the Court, defendant Poya Khanjan, aka "Sameer," respectfully requests the Court to now reset his sentencing hearing to January 25, 2022, at 9:30 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

| | |
|---|---|
| Judgment and sentencing date: | January 25, 2022 at 9:30 a.m. |
| Sentencing memoranda to be filed not later than: | January 19, 2022 |
| Motion for correction/formal objections to be filed no later than: | January 11, 2022 |
| A final Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | December 23, 2021 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 16, 2021 |
| The draft Pre-Sentence Report is due no later than: | December 2, 2021 |

Dated:  November 30, 2021

PHILLIP A. TALBERT
Acting United States Attorney


By:  /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated:  November 30, 2021

By:  /s/ STEVE WHITWORTH
STEVE WHITWORTH
Counsel for defendant, Poya Khanjan

**ORDER**

IT IS SO ORDERED this 2nd day of December, 2021.


/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO RESET DEFENDANT'S
SENTENCING HEARING

2