```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  ROSANNE L. RUST
    CHRISTOPHER S. HALES
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    Telephone: (916) 554-2700
 5  Facsimile: (916) 554-2900

 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-212 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |
| v. | |
| POYA KHANJAN, aka "Sameer," | |
| Defendant. | |

Pursuant to an agreement between the parties, and the probation officer, Defendant POYA KHANJAN, respectfully requests the Court to continue sentencing to March 29, 2022, at 9:30 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

STIPULATION TO CONTINUE
DEFENDANT'S SENTENCING HEARING

1

| Judgment and sentencing date: | March 29, 2022 at 9:30 a.m. |
|---|---|
| Sentencing memoranda to be filed not later than: | March 22, 2022 |
| Motion for correction/formal objections to be filed no later than: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The draft Pre-Sentence Report is due no later than: | n/a |

Dated: January 20, 2022

                 PHILLIP A. TALBERT
                 United States Attorney

        By:  /s/ ROSANNE L. RUST
              ROSANNE L. RUST
              Assistant United States Attorney

Dated: January 20, 2022

        By:  /s/ STEVE WHITWORTH
              STEVE WHITWORTH
              Counsel for defendant
              Poya Khanjan

## ORDER

IT IS SO ORDERED this 21st day of January, 2022.

          /s/ John A. Mendez
          THE HONORABLE JOHN A. MENDEZ
          UNITED STATES DISTRICT COURT JUDGE