PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>POYA KHANJAN,<br>    aka "Sameer,"<br><br>                      Defendant. | CASE NO. 2:17-CR-212 JAM<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |

      Pursuant to an agreement between the parties, and the probation officer, Defendant POYA KHANJAN, respectfully requests the Court to continue sentencing to April 26, 2022, at 9:30 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

STIPULATION TO CONTINUE
DEFENDANT'S SENTENCING HEARING

1

| Judgment and sentencing date: | April 26, 2022 at 9:30 a.m. |
|---|---|
| Sentencing memoranda to be filed not later than: | April 19, 2022 |
| Motion for correction/formal objections to be filed no later than: | n/a |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The draft Pre-Sentence Report is due no later than: | n/a |

Dated:  March 22, 2022                    PHILLIP A. TALBERT
                                          United States Attorney


                                    By:   /s/ ROSANNE L. RUST
                                          ROSANNE L. RUST
                                          Assistant United States Attorney

Dated:  March 22, 2022


                                    By:   /s/ STEVE WHITWORTH
                                          STEVE WHITWORTH
                                          Counsel for defendant
                                          Poya Khanjan


## ORDER

IT IS SO ORDERED this 23rd day of March, 2022.


                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE