PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>POYA KHANJAN,<br>    aka "Sameer,"<br><br>                Defendant. | CASE NO.  2:17-CR-212 JAM<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |

      Pursuant to an agreement between the parties, and the probation officer, Defendant POYA KHANJAN, respectfully requests the Court to continue sentencing to May 24, 2022, at 9:30 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

STIPULATION TO CONTINUE
DEFENDANT'S SENTENCING HEARING

1

| | | |
|---|---|---|
| 1 | Judgment and sentencing date: | May 24, 2022 at 9:30 a.m. |
| 2 | Sentencing memoranda to be filed not later than: | May 17, 2022 |
| 4 | Motion for correction/formal objections to be filed no later than: | n/a |
| 5-6 | A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a |
| 7-9 | Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| 10 | The draft Pre-Sentence Report is due no later than: | n/a |

Dated:  April 21, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated:  April 21, 2022

By:  /s/ STEVE WHITWORTH
STEVE WHITWORTH
Counsel for defendant
Poya Khanjan

## ORDER

IT IS SO ORDERED this 21st day of April, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE
DEFENDANT'S SENTENCING HEARING

2